**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1079**

TEMESGEN TESHOME ABDISSA,

        Plaintiff - Appellant,

    v.

MERCK CORPORATE,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:15-cv-00393-BO)

Submitted: May 18, 2017                           Decided: May 24, 2017

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Temesgen Teshome Abdissa, Appellant Pro Se. Jason Vincent Federmack, Ted N. Kazaglis, JACKSON LEWIS PC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Temesgen Teshome Abdissa appeals the district court's order and judgment dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abdissa v. Merck Corporate,* No. 5:15-cv-00393-BO (E.D.N.C. Jan. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*